**Order entered June 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00782-CV

---

**EBAY INC., Appellant**

**V.**

**MARY KAY INC., Appellee**

---

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1403318**

---

## ORDER
### Before Justices O'Neill, Lang, and Brown

Before the Court is appellant's June 24, 2014 emergency motion for stay and review of trial court's supersedeas order. In the motion, appellant requests this Court to stay the trial court's May 20, 2014 order allowing the pre-suit deposition of appellee pending this Court's resolution of appellant's appeal of that order. Appellant's motion is **GRANTED** and we **ORDER** the trial court's May 20, 2014 order allowing appellee's pre-suit deposition **STAYED** pending resolution of this appeal.

/s/    DOUGLAS S. LANG
       JUSTICE